## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

REILLY TYLER RAMSEY

,

*Plaintiff,*

§
§
§
§
§
§
§
§
§

Civil Action 24- 4:25-CV-3019

MONTGOMERY COUNTY, TEXAS,
DEPUTY JOSEPH O'NEILL; DEPUTY JUSTIN
PIERCE; DEPUTY RYAN GRAVES; AND SERGEANT
JOSHUA HILADO

*Defendant.*

## **RULE 16 SCHEDULING ORDER**

The following schedule shall be followed.  All communications concerning the case shall be directed in writing to Joseph Wells, Case Manager for United States District Judge David Hittner, P.O. Box 61010, Houston, TX   77208.

1. September 19, 2025

NEW PARTIES shall be joined, with leave of court, by this date.  The attorney causing such joinder shall provide copies of this ORDER to the new parties.

2A. March 6, 2026

PLAINTIFF shall designate EXPERT WITNESSES.  Designation shall be in writing to opponent.  Expert reports shall be served within 60 days of the designation.

B. April 6, 2026

DEFENDANT shall designate EXPERT WITNESSES.  Designation shall be in writing to opponent.  Expert reports shall be served within 60 days of the designation

3. September 19, 2025

AMENDMENTS to pleadings**, with** leave of court, shall be made by this date.

4. May 8, 2026

DISCOVERY shall be completed by this date.

5. July 10, 2026

MOTION CUT-OFF.  No motion, including motions to exclude or limit expert testimony under Fed. R. Evid. 702, shall be filed after this date except for good cause shown.  See LR 7.

6. _____

The JOINT PRETRIAL ORDER shall be filed on or before this date notwithstanding that a motion for continuance may be pending.  Parties shall exchange all trial exhibits on or before this date notwithstanding that a motion for continuance may be pending.  NO LATE EXCHANGES OF EXHIBITS WILL BE PERMITTED.  All motions in limine shall be submitted with the pretrial order.  Failure to file timely a joint pretrial order, motions in limine, or exchange all trial exhibits may result in this case being dismissed or other sanctions imposed, in accordance with all applicable rules.

7. _____

TRIAL TERM.  Cases will be set for trial at a docket call, conducted prior to the trial term or by order of the Court.  Your position on the docket will be announced at that time.

Jury/Non-Jury ETT:_____days

**All documents filed must be 14 point font, double spaced with not less than one inch margins.**

SIGNED on _____, 2025

_____
United States Magistrate Judge
Richard W. Bennett