IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **REILLY TYLER RAMSEY** | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 4:25-cv-3019 |
| vs. | § § | |
| **MONTGOMERY COUNTY, TEXAS, DEPUTY JOSEPH O'NEIL; DEPUTY JUSTIN PIERCE; DEPUTY RYAN GRAVES; AND SERGEANT JOSHUA HILADO** | § § § § § § | |
| *Defendants.* | § | |

# ORDER

On this day, this Court, after considering the pleadings, evidence, and arguments of counsel, if any, FINDS Defendants Graves and Hilado ("Defendants") are entitled to have this case dismissed. The Court HOLDS that Rule 4(m) of the Federal Rules of Civil Procedure required Plaintiff to have served Defendants within 90 days of the filing of the complaint. The Court HOLDS that Plaintiff failed to serve Defendants within 90 days of the complaint being filed. The Court HOLDS that Plaintiff failed to demonstrate good cause for her failure to serve Defendants within 90 days of the complaint being filed.

Therefore, The Court GRANTS the Defendants' Motion to Dismiss. All claims against Defendants Graves and Hilado are dismissed without prejudice. It is further ORDERED that the Defendants are awarded their costs from Plaintiff.

_____  _____
Date                                                              The Honorable Richard Bennett
                                                                           United States Magistrate Judge