IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **REILLY TYLER RAMSEY** § | |
| § | |
| *Plaintiff,* § | |
| § | CIVIL ACTION NO. |
| vs. § | 4:25-cv-3019 |
| § | |
| **MONTGOMERY COUNTY, TEXAS,** § | |
| **DEPUTY JOSEPH O'NEIL; DEPUTY** § | |
| **JUSTIN PIERCE; DEPUTY RYAN** § | |
| **GRAVES; AND SERGEANT JOSHUA** § | |
| **HILADO** § | |
| *Defendants.* § | |

## PLAINTIFF'S RESPONSE TO MONTGOMERY COUNTY DEFENDANTS' JOINT MOTION TO DISMISS

**TO THE HONORABLE DISTRICT COURT JUDGE:**

For purposes of this Response, the Plaintiff agrees and adopts the factual background, issue presented, and factual recitation as outlined in Defendants' (Ryan Graves and Joshua Hilado) Joint Motion to Dismiss.

In order to meet her burden as required under Fifth Circuit case law on this issue and applicable rule requiring "some showing of good faith and a reasonable basis for noncompliance within the time specified" to show good cause (*Winters v. Teledyne*, 776 F.2d 1304 (5th Cir. 1985.)), Plaintiff offers the following:

1. Plaintiff Reilly Tyler Ramsey moved for substituted service against two of Joshua Hilado and Ryan Graves and the Motion was granted on September 30th, 2025. *Doc. 23.*

2. Exhibits 1 and 2 to that motion show diligence and reasonable efforts made towards effecting service on these defendants from the time of the filing of this complaint. The affidavits indicate process servers were hired on July 3rd, 2025 and attempted three separate attempts at service in the month of August and one in September. These exhibits are attached to this Response as Exhibits 1 and 2 for the Court's consideration as part of this Response.

3. Lastly, as indicated in Defendants' Motion, service was made within 8 days of the signing of the Order granting substituted service. *Docs 24 and 25.*

## Conclusion & Prayer

Because Plaintiff can demonstrate diligence and good-faith attempts to serve the Defendants as practically as possible and did complete service within a reasonable timeframe of this Court's granting of her Motion for Substituted Service granted, the Plaintiff respectfully requests this Court deny the Defendants' Joint Motion to Dismiss.

Respectfully submitted,

*LUIS S. BAEZ*
Luis Baez

State Bar No. 24086192
Fed. Bar. No. 2582426
HOUSTON CRIMINAL DEFENSE
ATTORNEYS, PLLC
310 Main St., Ste. 201
Houston, TX 77002
Phone: 713-304-9166
**COUNSEL FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

I certify that on the 12th of November, 2025, a true and correct copy of the foregoing document was delivered by electronic notice to all counsel of record who have appeared via the Court's CM/ECF system.

B. D. GRIFFIN
MONTGOMERY COUNTY ATTORNEY
501 N. Thompson, Suite 300
Conroe, Texas 77301
Phone: (936) 539-7828
Facsimile: (936) 760-6920

Adam Anderson
Assistant County Attorney
State Bar No. 24090780
Federal ID No. 2914958
Email: adam.anderson@mctx.org

***/s/Luis Baez***

EXHIBIT 1

## UNITED STATES DISTRICT COURT
### FOR THE
### SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| REILLY TYLER RAMSEY | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-03019 |
| | § | |
| MONTGOMERY COUNTY, TEXAS; DEPUTY JOSEPH O'NEILL; DEPUTY JUSTIN PIERCE; DEPUTY RYAN GRAVES; AND SERGEANT JOSHUA HILADO | § | |
| Defendant. | § | |

## AFFIDAVIT IN SUPPORT OF SUBSTITUTE SERVICE

On this day personally appeared **Robert Odell** who, being by me duly sworn, deposed and said:

"The following came to hand on **Jul 3, 2025, 6:45 pm**,

### SUMMONS WITH PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND

For delivery to **SERGEANT JOSHUA HILADO**

1) Unsuccessful Attempt: Aug 12, 2025, 9:30 am CDT at Home: 10074 South Whimbrel Circle, Conroe, TX 77385 RFR9455 and RCT6867 parked at home. Rang doorbell, no answer. Left notice.

2) Unsuccessful Attempt: Aug 20, 2025, 8:04 pm CDT at Home: 10074 South Whimbrel Circle, Conroe, TX 77385 Rang doorbell, no response at door. RFT9455 parked at home.

3) Unsuccessful Attempt: Aug 26, 2025, 10:50 am CDT at Home: 10074 South Whimbrel Circle, Conroe, TX 77385 Tahoe driving off as I was arriving, RFR9455. No answer at door.

Montgomery Central Appraisal District records show the home is deeded to Joshua Hilado with a homestead exemption.

I have made diligent efforts to deliver said papers to **SERGEANT JOSHUA HILADO**. I have made numerous attempts at their residence address as described above and have posted my information to the front door of their residence. I believe an efficient way to effect service is by leaving a copy with anyone over 16 years of age or by securely attaching the Citation, with Plaintiff's Original Petition attached, with tape to the front door of **SERGEANT JOSHUA HILADO**'s residence, where it is sure to be seen by someone at the residence, or in any other manner the affidavit or evidence before the court shows will be reasonably effective to give the defendant notice of the suit.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

*Robert Odell* (signature)

**Robert Odell**
Certification Number: PSC22020
Certification Expiration: 2/28/2027

**BEFORE ME**, a Notary Public, on this day personally appeared **Robert Odell**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

**SUBSCRIBED AND SWORN TO ME ON** 08/26/2025



Notary Public, State of Texas

KIMBERLY ODELL
Notary Public, State of Texas
Comm. Expires 12-21-2025
Notary ID 131383283

EXHIBIT 2

## UNITED STATES DISTRICT COURT
### FOR THE
### SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| REILLY TYLER RAMSEY | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-03019 |
| | § | |
| MONTGOMERY COUNTY, TEXAS; DEPUTY JOSEPH O'NEILL; DEPUTY JUSTIN PIERCE; DEPUTY RYAN GRAVES; AND SERGEANT JOSHUA HILADO | § | |
| Defendant. | § | |

## AFFIDAVIT IN SUPPORT OF SUBSTITUTE SERVICE

On this day personally appeared **Robert Odell** who, being by me duly sworn, deposed and said:

"The following came to hand on **Jul 3, 2025, 6:46 pm,**

### SUMMONS WITH PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND

For delivery to **DEPUTY RYAN GRAVES**

1) Unsuccessful Attempt: Aug 12, 2025, 11:00 am CDT at Home: 14095 Chinook Drive, Conroe, TX 77384
LTN9268 parked at home. Rang doorbell and knocked on door. Left notice.

2) Unsuccessful Attempt: Aug 26, 2025, 6:10 pm CDT at Home: 14095 Chinook Drive, Conroe, TX 77384
Rang doorbell, no response at home.

3) Unsuccessful Attempt: Sep 1, 2025, 8:40 am CDT at Home: 14095 Chinook Drive, Conroe, TX 77384
Rang doorbell, dog barking inside and garage door is wide open. VJY0421, HNM4306, and LTN9268 parked at home.

Montgomery Central Appraisal District shows the home is deeded to Ryan Graves and his wife Sienna Alcala.

I have made diligent efforts to deliver said papers to **DEPUTY RYAN GRAVES**. I have made numerous attempts at their residence address as described above and have posted my information to the front door of their residence. I believe an efficient way to effect service is by leaving a copy with anyone over 16 years of age or by securely attaching the Citation, with Plaintiff's Original Petition attached, with tape to the front door of **DEPUTY RYAN GRAVES**'s residence, where it is sure to be seen by someone at the residence, or in any other manner the affidavit or evidence before the court shows will be reasonably effective to give the defendant notice of the suit.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

*Robert Odell*

**Robert Odell**
Certification Number: PSC22020
Certification Expiration: 2/28/2027

**BEFORE ME,** a Notary Public, on this day personally appeared **Robert Odell**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

**SUBSCRIBED AND SWORN TO ME ON** 09/02/2025

**Notary Public, State of Texas**

KIMBERLY ODELL
Notary Public, State of Texas
Comm. Expires 12-21-2025
Notary ID 131388283