IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| REILLY TYLER RAMSEY, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. H-25-3019 |
| | § |
| MONTGOMERY COUNTY, | § |
| TEXAS, *et. al.*, | § |
| | § |
| Defendant. | § |

## ORDER

Pending before the Court is Montgomery County Defendants' Joint Motion to Dismiss (Document No. 26). Having considered the motion, submissions, and applicable law, the Court determines that the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Montgomery County Defendants' Joint Motion to Dismiss (Document No. 26) is **DENIED**.

SIGNED at Houston, Texas, on this 18 day of November, 2025.

DAVID HITTNER
United States District Judge