IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **REILLY TYLER RAMSEY** § <br> § <br> *Plaintiff,* § <br> § <br> vs. § <br> § <br> **MONTGOMERY COUNTY, TEXAS,** § <br> **DEPUTY JOSEPH O'NEIL; DEPUTY** § <br> **JUSTIN PIERCE; DEPUTY RYAN** § <br> **GRAVES; AND SERGEANT JOSHUA** § <br> **HILADO** § <br> *Defendants.* § | CIVIL ACTION NO. 4:25-cv-3019 |

# ORDER

On this day, this Court, after considering the pleadings, evidence, and arguments of counsel, if any, FINDS Defendants Motion to Compel Discovery is GRANTED.

It is ORDERED that:

1. Within seven (7) days of this Order, Plaintiff shall serve complete answers to Defendant's Interrogatories, without objections other than privilege or work product, and shall provide a privilege log for any materials withheld on those grounds.

2. Within seven (7) days of this Order, Plaintiff shall produce all documents responsive to Defendant's First Requests for Production and provide a privilege log for any withheld materials.

3. Any objections other than privilege and work product to the discovery at issue are deemed waived due to Plaintiff's failure to timely respond.

4. Defendants are awarded reasonable expenses and attorney's fees against Plaintiff in the amount of $450.00.

5. The Court will consider further relief upon appropriate motion if Plaintiff fails to comply with this Order.

    It is so ORDERED.

_____       _____
Date                                                                     The Honorable David Hittner
                                                                              United States District Judge