United States District Court
Southern District of Texas
**ENTERED**
January 15, 2026
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE RICHARD W. BENNETT, PRESIDING
DATE: January 15, 2026
COURT REPORTER: \_\_\_\_
MORNING: _____   AFTERNOON: _____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL NO. 4:25cv3019

Reilly Tyler Ramsey,

Plaintiff

Montgomery County, Texas et al

Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MINUTE ENTRY ORDER:

Motion to Compel hearing is cancelled. The parties advised the case has settled and they will be filing a motion to dismiss the lawsuit for Judge Hittner's consideration. As such, the Opposed Motion to Compel (ECF No. 33) is denied as MOOT. IT IS SO ORDERED.

Signed this 15th day of January, 2026.

_____
Richard W. Bennett
United States Magistrate Judge