IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **REILLY TYLER RAMSEY** § | |
| § | |
| *Plaintiff,* § | |
| § | CIVIL ACTION NO. |
| vs. § | 4:25-cv-3019 |
| § | |
| **MONTGOMERY COUNTY, TEXAS,** § | |
| **DEPUTY JOSEPH O'NEIL; DEPUTY** § | |
| **JUSTIN PIERCE; DEPUTY RYAN** § | |
| **GRAVES; AND SERGEANT JOSHUA** § | |
| **HILADO** § | |
| *Defendants.* § | |

## STIPULATION OF ALL PARTIES TO VOLUNTARY DISMISSAL OF THE ACTION

**TO THE DISTRICT COURT JUDGE:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Reilly Tyler Ramsey, and the above-named Defendants, through undersigned counsel, stipulate to the dismissal of this action and that each Party will bear its own costs as this case has been resolved by way of settlement.

Respectfully submitted,

*LUIS S. BAEZ*
_____
Luis Baez
State Bar No. 24086192

Fed. Bar. No. 2582426
HOUSTON CRIMINAL DEFENSE
ATTORNEYS, PLLC
310 Main St., Ste. 201
Houston, TX 77002
Phone: 713-304-9166
**COUNSEL FOR PLAINTIFF**


*/s/Adam Anderson (signed with permission by Luis Baez)*

B. D. GRIFFIN
MONTGOMERY COUNTY ATTORNEY
501 N. Thompson, Suite 300
Conroe, Texas 77301
Phone: (936) 539-7828
Facsimile: (936) 760-6920

Adam Anderson
Assistant County Attorney
State Bar No. 24090780
Federal ID No. 2914958
Email: adam.anderson@mctx.org


## CERTIFICATE OF SERVICE

I certify that on the 16th of January 2026, a true and correct copy of the foregoing document was delivered by electronic notice to all counsel of record who have appeared via the Court's CM/ECF system.

B. D. GRIFFIN
MONTGOMERY COUNTY ATTORNEY
501 N. Thompson, Suite 300
Conroe, Texas 77301
Phone: (936) 539-7828

Facsimile: (936) 760-6920

Adam Anderson
Assistant County Attorney
State Bar No. 24090780
Federal ID No. 2914958
Email: adam.anderson@mctx.org

                                        ***/s/Luis Baez***